IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41016
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EUGENE SIMMONS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:97-CR-5-ALL
- - - - - - - - - -
February 12, 1998
Before WIENER, BARKSDALE and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Eugene Simmons appeals his conviction for use of intimidation or force against a witness in violation of 18 U.S.C. § 1512(b).  When the direct and circumstantial evidence is viewed in the light most favorable to the jury's verdict, a rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt; the evidence is thus sufficient to support conviction.  United States v. Resio-Trejo, 45 F.3d 907, 910 (5th Cir. 1995).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.